*Monday, March 29, 1993*
## MOTION DOCKET

**93–460.** Celebrezze v. Baron. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' request for clarification,

IT IS ORDERED by the court that briefing in this case is stayed pending further order of the court.

WRIGHT, J., not participating.

## MISCELLANEOUS DISMISSALS

**93–187.** Toledo Bar Assn. v. Allen. This matter is pending before the court upon the filing of movant's motion to show cause. Upon consideration of movant's notice of withdrawal of motion to show cause,

IT IS ORDERED by the court that this matter be, and the same is hereby, dismissed.

**93–401.** Steverson v. Weiss. *Franklin County*, No. 92AP–1082. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Franklin County to certify its record and was considered in a manner prescribed by law. On application of appellees, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice, effective March 26, 1993.

*Wednesday, March 31, 1993*
## MOTION DOCKET

**91–2010.** Turner v. Turner. *Lorain County*, No. 91CA004961. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of appellant's request to postpone oral argument currently scheduled for April 28, 1993,

IT IS ORDERED by the court that said request be, and the same is hereby, denied.

**93–378.** E.D. Masonry, Inc. v. R.P. Carbone Constr. Co. *Cuyahoga County*, No. 63936. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Upon consideration of appellant's motion for stay of arbitration pending appeal,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective March 30, 1993.

**93–590.** Tekancic v. Todia. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's request for an alternative writ of prohibition,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective March 30, 1993.

## MISCELLANEOUS DISMISSALS

**93–429.** Katz v. Banning. *Franklin County*, No. 92AP–365. Cause dismissed, on appellants' application for dismissal, effective March 30, 1993.

**93–501.** Hankes v. Hoffman. *Summit County*, No. 15901. Cause dismissed, on appellant's application for dismissal, effective March 30, 1993.